IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-96-254 MCE |
| Plaintiff, | |
| v. | ORDER UNSEALING DOCKET NUMBERS 17 THROUGH 19 |
| ELMAR SCOTT, | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents lodged at docket numbers 17, 18, and 19 be and are hereby unsealed.

Dated: October 24, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1